# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL MMAXIMOV@MMAXIMOV.COM
TELEPHONE (718) 395-3459
FAX (718) 408-9570

April 10, 2013

**VIA ECF**
Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    **Index No. 1:13-cv-01129-BMC**
                **Perlstein v. Capital Management Services, L.P.**

Dear Honorable Judge Cogan:

      I represent the plaintiff in the above referenced matter. On March 5, 2013, Your Honor ordered an Initial Status Conference for April 16, 2013.

      I filed this action on March 4, 2013 and on March 5, 2013, I mailed the Defendant a Notice of a Lawsuit and Request to Waive Service of a Summons. As of today, I have not received an executed copy of same.

      I am writing to request an adjournment of the conference because the Defendant has not been served, has not filed an Answer, and has not retained an attorney.

      I will contact the Defendant tomorrow and confirm whether they will execute the waiver, or whether they should be served.

      Thank you for the Court's consideration of the foregoing.

                                            Very truly yours,

                                            /s/ Maxim Maximov

                                            Maxim Maximov, Esq.

cc:    Capital Management Services, L.P.    Capital Management Services, L.P.
       698 1/2 Ogden Street                               700 Executive Center Drive, Suite 300
       Buffalo, New York 14206                         Greenville, South Carolina 29615