# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL MMAXIMOV@MMAXIMOV.COM
TELEPHONE (718) 395-3459
FAX (718) 408-9570

July 1, 2013

**VIA ECF**
Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **Index No. 1:13-cv-01129-BMC**
              **Perlstein v. Capital Management Services, L.P.**

Dear Honorable Judge Cogan:

    I represent the plaintiff in the above referenced matter.

    As per Your Honor's May 31, 2013 Minute Entry, I am writing to notify Your Honor that, as of today, the case has not settled.

    Thank you for your time and attention to this matter.

                                                    Very truly yours,

                                                    /s/ Maxim Maximov

                                                    Maxim Maximov, Esq.